# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

SARAH J. LENT, as Executrix of ADELAIDE V. LENT, Deceased, Appellant, *v.* WILLIAM H. FARNSWORTH, Respondent.

*Lent v. Farnsworth,* 94 App. Div. 99, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1904, which reversed an order of Special Term denying a motion for an order directing the cancellation of record of a judgment in favor of plaintiff's intestate and against the defendant upon the ground of its discharge by a decree in bankruptcy, and granted such motion.

*Alfred W. Gray* for appellant.

*Nathaniel W. Norton* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, Respondent, *v.* THE NEW YORK AND NORTHERN RAILWAY COMPANY et al., Defendants, and ARTEMAS H. HOLMES et al., Appellants.

*Farmers' L. & T. Co. v. N. Y. & Northern Ry. Co.,* 95 App. Div. 622, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1904, which affirmed an order of